

# NUMBER 13-19-00192-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MAGDALENA RUIZ PERKILD,                                    Appellant,

v.

ERIKA SALAZAR,                                                Appellee.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Chief Justice Contreras**

Appellant filed an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in cause number 2019-DCL-01858-E.   Appellant has filed an unopposed motion to dismiss the appeal.   The certificate of conference reflects that appellee does not oppose the motion.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
6th day of June, 2019.

2